FILED

09/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0450

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0450

_____

ILYA KHMELEV,

      Petitioner,

    v.

KYLE FOUTS, Montana State Hospital
Administrator, and ADAM MEIER, Director,
Health and Human Services,

      Respondents.

O R D E R

_____

      Counsel for Petitioner Ilya Khmeley has filed a Motion to File Appendix 20 Under Seal subsequent to filing a Petition for Writ of Mandamus with attached appendices. Good cause appearing,

      IT IS ORDERED that Appendix 20 to the Petition for Writ of Mandamus is filed under seal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 13 2021